BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAJOR SINGH, | Case No.: 1:14-cv-421 AWI SMS |
| Plaintiff, | |
| v. | **Joint Stipulation and Order re: Remand Pursuant to 8 U.S.C. § 1447(b)** |
| JONATHAN CRAWFORD, et. al, | |
| Defendant. | |

This is an immigration case in which Plaintiff alleges that Defendants United States Citizenship and Immigration Services (USCIS) has failed to make a determination on his application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). That statute provides that upon proper filing of a lawsuit, the Court may review the application de novo or remand the matter to the agency with instructions to adjudicate. The parties now stipulate to the latter, with instructions that USCIS adjudicate within 30 days from the date of the Court order.

In the event the adjudication is a denial of naturalization, the parties as well stipulate that jurisdiction will revert to this Court pursuant to 8 U.S.C. § 1421(c), following exhaustion of administrative remedies. The parties will promptly file a status report in such event.

1

Dated: May 1, 2014                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                          /s/ Audrey B. Hemesath
                                          AUDREY B. HEMESATH
                                          Assistant U.S. Attorney


DATED: May 1, 2014                    Respectfully submitted,
                                          /s/ James Makasian
                                          James Makasian
                                          Attorney for the Plaintiff


## ORDER

Pursuant to 8 U.S.C. § 1447(b), United States Citizenship and Immigration Services is ordered to adjudicate the naturalization application within 30 days.

IT IS SO ORDERED.

Dated:   May 8, 2014                       _____
                                               SENIOR DISTRICT JUDGE